FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -2 PM 12:51

G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska 99501
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. A03-0017 CV (HRH) |
| Plaintiff, ) | [A99-0062-CR (HRH)] |
| vs. ) | **NOTICE OF APPEAL** |
| DONALD RITCHIE, ) | |
| Defendant. ) | |

Notice is hereby given that Donald L. Ritchie, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment in a civil case entered in this action on October 5, 2005.

Pursuant to *Fed. R. App. P.* 22, Defendant has filed a motion for certificate of appealability in connection with this Notice of Appeal.

DATED at Anchorage, Alaska December 2, 2005.

RESPECTFULLY SUBMITTED,

*/s/ G. Blair McCune*
G. BLAIR McCUNE
Attorney for Defendant

G. Blair McCune
Attorney at Law
425 G. St., Suite 620
Anchorage, AK 99501-2137
Tel. (907) 644-8568, Fax (907) 644-9008
Email: mccune@gci.net

1

230

Certification

I certify that on December 2, 2005
I hand delivered a copy of the **NOTICE OF APPEAL** to:

Mr. Richard L. Pomeroy
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

*[signature]*
G. Blair McCune

G. Blair McCune
Attorney at Law
425 G. St., Suite 620
Anchorage, AK 99501-2137
Tel. (907) 644-8568, Fax (907) 644-9008
Email: mccune@gci.net

2