TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | No. 3:99-cr-62-HRH |
| ) | |
| Plaintiff,       ) | **NOTICE OF** |
| ) | **SUBSTITUTION OF** |
| vs.            ) | **COUNSEL** |
| ) | |
| DONALD LAWRENCE RITCHIE,           ) | |
| ) | |
| Defendant.       ) | |
| ) | |

COMES NOW the United States, by and through counsel, and hereby requests the Court no longer serve pleadings in the above-captioned case on Richard L. Pomeroy, Assistant United States Attorney.  This matter has been reassigned to Assistant United States Attorney, Crandon Randell.  All future

correspondence in this matter should be sent to:

>CRANDON RANDELL
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, Room 253
>Anchorage, Alaska  99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>E-mail: Crandon.Randell@usdoj.gov

RESPECTFULLY SUBMITTED this 6th  day of January, 2006 at

Anchorage, Alaska.

>TIMOTHY M. BURGESS
>United States Attorney
>
>s/ Richard L. Pomeroy
>Special Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-2344
>E-mail: richard.pomeroy@usdoj.gov
>Alaska Bar # 8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2006
a copy of the foregoing Notice was
sent via U.S. Mail to

George Blair McCune
G. Blair McCune, Attorney at Law
425 G Street, Suite 620
Anchorage, AK 99501

s/ Richard L. Pomeroy