IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )
                                )
        vs.                     )
                                )
DONALD LAWRENCE RITCHIE,        )
                                )    No. A99-0062-CR (HRH)
                Defendant.      )
_____)
```

O R D E R

Certificate of Appealability

Defendant Donald Ritchie moves for a certificate of appealability[1] regarding this court's decision[2] on motion to vacate pursuant to 28 U.S.C. § 2255.

Inasmuch as the court is not prepared to say that no reasonable judge could have reached a different decision as regards defendant's first and second grounds for relief (ineffective assistance of trial counsel and Brady claim, respectively), a certificate of appealability is granted as to grounds one and two. As to the third and fourth grounds upon which defendant seeks to appeal, the court is of the view that no reasonable judge could

---

[1] Clerk's Docket No. 231.

[2] Clerk's Docket No. 228.

reach a decision other than that set forth in the court's decision of October 4, 2005.[3]  Therefore, a certificate of appealability is denied as to grounds three and four.

DATED at Anchorage, Alaska, this <u>12th</u> day of January, 2006.

/s/ H. Russel Holland
United States District Judge

---

[3]   <u>Id.</u> at 25 & 26.