UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: January 18, 2006

To: United States Court of Appeals           ATTN: ( ) CIVIL
    For the Ninth Circuit
    Office of the Clerk                                    (X) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103                ( )JUDGE

From: Pam Richter
    U.S. District Court
    222 West 7th Avenue, #4
    Anchorage, AK  99513


DC No: A99-0062 CR (HRH)                    Appeal No: _____

Short title: U.S.A, v Ritchie

Composition of Record

Clerk's Files in  5  volumes*  (X) original   ( ) certified copy

    Bulky docs.  1  volumes,* docket #  112
                       (folders)

Reporter's in _____ volumes   ( ) original   ( )certified copy
Transcripts

Exhibits:   in _____ envelopes   ( ) under seal

        in _____ boxes       ( ) under seal

Other: *  5 volumes include dkts 86 through 231; one volume is the **SEALED** file; bulky doc @ dkt 112 is in expando folder
(please note any documents filed under seal)


Acknowledgement: _____  Date: _____
"record.app" [11/21/97]