UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: USA v Donald Lawrence Ritchie
Court of Appeals No. (leave blank if unassigned): 6-35061
U.S. District Court Judge Name and Case No.: H. Russel Holland; A99-0062 CR(HRH); A03-0017 CV (HRH)
Date Complaint/Indictment/Petition Filed: 5/20/99
Date Appealed Order/Judgment *entered*: 10/05/05
Date NOA *filed*: 12/02/05
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
_X_granted in part (send record)   __pending

Court Reporter(s) Name and Phone Number: Caroline Edmiston

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: __         Date Docket Fee billed: __
Date FP granted: __              Date FP denied: __
Is FP pending? _no_              Was FP Limited/Revoked?
US Government Appeal?   _no_
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                Appellee Counsel:
George Blair McCune               Richard L. Pomeroy
425 G Street, Suite 620           222 W 7th Avenue, #9
Anchorage, AK 99501               Anchorage, AK 99513

__retained   _X_ CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __           Address: __
Custody: _Yes_
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form: Pam Richter
(907) 677-6125