G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska  99501
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.   A03-0017 CV (HRH) |
| Plaintiff, | ) | [A99-0062-CR (HRH)] |
| | ) | |
| vs. | ) | **NOTICE OF FILING OF** |
| | ) | **TRANSCRIPT DESIGNATION FORM** |
| DONALD RITCHIE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Defendant Donald Ritchie, by counsel, G. Blair McCune, Attorney at Law, hereby gives notice of electronic court filing of the Defendant's Transcript Designation Form. The Transcript Designation Form is attached as an Adobe PDF document.

      DATED at Anchorage, Alaska February 23, 2006.

      RESPECTFULLY SUBMITTED,

                                                                                                                        ____s/ G. Blair McCune____
                                                                                     G. BLAIR McCUNE
                                                                                      Attorney for Defendant
                                                                                      425 G St., Suite 620
                                                                                      Anchorage, Alaska  99501-2137
                                                                                     Tel. (907) 644-8568
                                                                                     Fax (907) 644-9008
                                                                                     E-mail: mccune@gci.net
                                                                                     Alaska Bar No. 7906037

1

2

<u>Certification</u>

I certify that on February 23, 2006 a copy of the
**<u>NOTICE OF FILING OF TRANSCRIPT DESIGNATION FORM</u>**
was served electronically on:

Mr. Richard L. Pomeroy
Assistant United States Attorney
U.S. Attorney's Office
richard.pomeroy@usdoj.gov

And a copy was served by regular US mail on:

Mr. Crandon Randell
Assistant United States Attorney
222 West 7th Avenue, Rm.253
Anchorage, Alaska 99513-7567

\_\_\_\_s/ G. Blair McCune_____
G. Blair McCune