FILED
MAR 22 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 0 2 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| UNITED STATES OF AMERICA, | No. 06-35061 |
|---|---|
| Plaintiff - Appellee, | D.C. Nos. CV-03-00017-a-HRH |
| v. | CR-99-00062-A-HRH |
|  | District of Alaska, |
| DONALD LAWRENCE RITCHIE, | Anchorage |
| Defendant - Appellant. | ORDER |

Before: FISHER and TALLMAN, Circuit Judges, and MILLS,* District Judge.

The Petition for Panel Rehearing is denied.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 30 2007

by _____
Deputy Clerk

---

\* The Honorable Richard Mills, Senior United States District Judge for the Central District of Illinois, sitting by designation.